# SUPERIOR COURT OF NEW JERSEY
## APPELLATE DIVISION

**JOSEPH H. ORLANDO**
CLERK

**JOHN K. GRANT**
DEPUTY CLERK

**MARIE C. HANLEY**
CHIEF COUNSEL

**RICHARD J. HUGHES JUSTICE COMPLEX**
**P.O. BOX 006**
**TRENTON, NEW JERSEY  08625-0006**
**(609) 292-4822**



DATE:   April 21, 2016

TO:              ALL COUNSEL OF RECORD

TITLE:           STATE OF NEW JERSEY V. GAIL LAWRENCE
DOCKET NO.:      A-2905-12T4
OPINION FILED:   April 8, 2016

Dear Counsel:

The opinion filed in the above matter was found to need modification noted below, for purposes of publication.  As a consequence, at the direction of the court, please substitute the enclosed copy of the opinion.  If you have any questions, please contact the Clerk's Office at 609-984-0885.

<u>Page 1</u>:           Replace PER CURIAM with "The opinion of the court was delivered by LIHOTZ, P.J.A.D."

<u>Page 3, line 6 of first full paragraph</u>:  Delete "former" before municipal court counsel

<u>Page 4, first full sentence</u>:    Add a comma after trial, delete "and"; insert "trial" before date; after date add ", and the date" before to file a brief.  Sentence should read:   Current counsel advised he was prepared to proceed to trial, requested a new trial date, and the date to file a brief.

<u>Page 4, last paragraph</u>:        Delete "Assistant Prosecutor Attorney" and replace with "individual assistant prosecutor."  Next sentence, delete "he" before the word explained and replace with "current "counsel"

<u>Page 5, last paragraph</u>:        After <u>Cummings</u> cite, and before (quoting <u>D'Atria</u>, move parenthetical (reconsideration ….justice" and delete end parenthesis.  Add two end parenthesis after 1990).  Same sentence, change "substance" to "substantive effect"

<u>Page 6, line 5 of second paragraph</u>:   Add "sent" before all notices and delete "were sent" before to him.

<u>Page 6, line 3 of last paragraph</u>:       Add "municipal" before appeal

<u>Page 7, line 4</u>: Change "Notice of Appeal" to "notice of appeal"

Page 7, second paragraph:     Line 5:    change comma after cases to a semicolon.    Before Midland cite, insert the following:

See State v. Farrell, 320 N.J. Super. 426, 447 (App. Div. 1999) ("We have been loath to sponsor the more severe sanction of dismissal because the demands of justice require adjudications on the merits to the greatest extent possible.").   See also

Page 10, line 8 of first full paragraph:          Insert "possible" before jail.

Page 10, line 14 of first full paragraph;          Delete ", offering" and insert "and ample" before factual support…

                                              JOSEPH H. ORLANDO
                                              CLERK

Enclosure(s)

cc:  WestGroup
     Lexis/Nexis